UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**CLARENCE H. LAY,**

      **Plaintiff,**

   v.                        **Case No. 2:20-cv-5461**
                                 **JUDGE EDMUND A. SARGUS, JR.**
                                 **Magistrate Judge Elizabeth P. Deavers**

**OHIO DEPARTMENT OF CORRECTIONS**
**REHABILITATIONS (O.D.R.C.),**

      **Defendants.**

**ORDER**

      This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on October 19, 2020.  (ECF No. 3.)  The time for filing objections has passed, and no objections have been filed to the Report and Recommendation.  Therefore, the Court **ADOPTS** the Report and Recommendation.  For the reasons set forth in the Report and Recommendation, Plaintiff's Complaint is **DISMISSED** in its entity for failure to state a claim upon which relief can be granted.  The Clerk is **DIRECTED** to close this case.

      Furthermore, pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies for the reasons stated in the Report and Recommendation that an appeal of this Order may not be taken *in forma pauperis* because the appeal would not be taken in good faith.

      **IT IS SO ORDERED.**

**1/15/2021**                                               **s/Edmund A. Sargus, Jr.**
**DATE**                                                    **EDMUND A. SARGUS, JR.**
                                                         **UNITED STATES DISTRICT JUDGE**